# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KENNETH VELEZ § Case No. 13-45056
§ Hon. JACQUELINE P. COX
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 06/26/2014 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2014       By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   KENNETH VELEZ   § Case No. 13-45056
         §        Hon. JACQUELINE P. COX
         §        Chapter 7
         §
         Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $35,001.13 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $35,001.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $35,001.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $4,250.11 | $0.00 | $4,250.11 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $19.68 | $0.00 | $19.68 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,890.00 | $0.00 | $1,890.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*  *U.S. Bankruptcy Court*

*Fees,*  *United States Trustee*

  Other

    Total to be paid for chapter 7 administrative expenses:    $6,159.79
    Remaining balance:    $28,841.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for  , Fees* | | | |
| *Attorney for  , Expenses* | | | |
| *Accountant for  , Fees* | | | |
| *Accountant for  , Expenses* | | | |
| Other | | | |

    Total to be paid for prior chapter administrative expenses:    $0.00
    Remaining balance:    $28,841.34

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $28,841.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $356,897.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Liberty Bank and Trust Co. | $356,897.98 | $0.00 | $28,841.34 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $28,841.34 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kenneth Velez  
       Debtor

Case No. 13-45056-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 1     Date Rcvd: Jun 03, 2014  
                     Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2014.

```
db           +Kenneth Velez,    1621 N. Lawndale Ave.,    Chicago, IL 60647-4713
21244861      ARS National Services, Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
21244862     +Blitt & Gaines,    661 Glenn Ave,    Wheeling, IL 60090-6017
21244863      Capital One,    Attn: General Correspondence,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
21244864      City Of Chicago,    Department Of Finance-Water Division,    P.O. Box 6330,
               Chicago, IL 60680-6330
21244865     +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
21492958     +Covenant Bank,    206 Sharkley Ave.,    P.O. Box 550,    Clarksdale, MS 38614-0550
21244860     +Fish Law Group LLC,    309 W Washington St Suite 700,    Chicago, IL 60606-3223
21882012     +LIBERTY BANK AND TRUST COMPANY as assignee,    Covenant Bank,    Noonan & Lieberman,
               105 W. Adams St., Suite 1800,    Chicago, IL 60603-6235
21244866     +McFadden & Dillon,    120 S LaSalle Street, Suite 1335,    Chicago, IL 60603-3581
21244870     +PNC Financial Services Group, Inc.,    249 Fifth Ave.,    Pittsburgh, PA 15222-2707
21244869     +Pinnacle Credit Services,    7900 Highway 7, Suite 100,    Minneapolis, MN 55426-4045
21492959     +Ruth Guerra,    2069 N Humbold Ave.,    Chicago, IL 60647-3857
21244871    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank National Association ND,    P. O. Box 6352,
              Fargo, ND 58125-6352)
21244859     +Velez Kenneth,    1621 N Lawndale Ave,    Chicago, IL 60647-4713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21244867      E-mail/Text: bknotices@orientalfg.com Jun 04 2014 01:18:50     Oriental Bank,    P.O. Box 195115,
               San Juan, PR 00919-5115
21244868     +E-mail/Text: patti@peoplesenergycu.org Jun 04 2014 01:18:39     Peoples Energy,    Peoples Gas,
               130 East Randolph Street,    Chicago, IL 60601-6302
```
                                                                                                                                                          TOTAL: 2

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2014 at the address(es) listed below:

           Allan J DeMars    alland1023@aol.com  
           Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com  
           Allan J DeMars    on behalf of Attorney Allan J DeMars alland1023@aol.com  
           Darren A Fish    on behalf of Debtor Kenneth Velez  
           acastro@fishlawgroup.com;arebolledo@fishlawgroup.com  
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 5